IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 1:14-cr-00070 |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| MARC HERNANDEZ, et al., | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 1st day of September 2015, **IT IS HEREBY ORDERED THAT** Defendant's motion to suppress (Doc. No. 426), is **DENIED**.

      S/ Yvette Kane
      Yvette Kane, District Judge
      United States District Court
      Middle District of Pennsylvania